UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                      :      INDICTMENT

RONELL ALSTON,                    :      08 Cr. 654
    a/k/a "Pee Wee,"
                                  :
        Defendant.

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

### COUNT ONE

The Grand Jury charges:

1. On or about January 9, 2008, in the Southern District of New York and elsewhere, RONELL ALSTON, a/k/a "Pee Wee," the defendant, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, unlawfully, willfully, and knowingly, did possess in and affecting commerce a firearm and ammunition, to wit, a 357 Taurus handgun, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

### COUNT TWO

The Grand Jury further charges:

2. On or about February 6, 2008, in the Southern District of New York, RONELL ALSTON, a/k/a "Pee Wee," the defendant, unlawfully, intentionally, and knowingly possessed with intent to distribute a controlled substance, to wit,

approximately 13.2 grams of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a) and 841(b)(1)(B).)

_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney